UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN HENRY WOODS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:06-CV-233 CAS |
| | ) |
| ST. LOUIS JUSTICE CENTER, | ) |
| C.O. JONSE, LORENZO CHANCELOR, | ) |
| UNKNOWN PORTWOOD, UNKNOWN | ) |
| MAIL CLERK IN THE MAIL ROOM, | ) |
| JEROME FEILDS, and | ) |
| REGINAL MOORE, | ) |
| | ) |
| Defendants. | ) |

## ORDER OF PARTIAL DISMISSAL
## PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)

In accordance with the memorandum and order of this date and incorporated herein,

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED** without prejudice as to defendants St. Louis Justice Center and Lorenzo Chancelor, pursuant to 28 U.S.C. § 1915(e)(2)(B).

                                                         **CHARLES A. SHAW**
                                                         **UNITED STATES DISTRICT JUDGE**

Dated this  25th  day of May, 2006.