UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN HENRY WOODS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:06-CV-233 CAS |
| ) | |
| ST. LOUIS JUSTICE CENTER, ) | |
| C.O. JONSE, LORENZO CHANCELOR, ) | |
| UNKNOWN PORTWOOD, UNKNOWN ) | |
| MAIL CLERK IN THE MAIL ROOM, ) | |
| JEROME FEILDS, and REGINAL MOORE, ) | |
| ) | |
| Defendants. | |

## JUDGMENT

In accordance with the memorandum and order of this date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that judgment is entered in favor of remaining defendants Jerome Fields, Reginald Moore, Jeri Kincade, Reba Portwood and Annie Jones, and against plaintiff.

Costs are assessed against plaintiff.

**CHARLES A. SHAW**  
**UNITED STATES DISTRICT JUDGE**

Dated this  20th  day of August, 2007.